IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
THE COOPERATIVE DISTRICT      )
OF HOUSTON COUNTY-COUNTRY     )
CROSSING PROJECT, et al.,     )
                              )
    Plaintiffs,                )
                              )    CIVIL ACTION NO.
    v.                         )      1:10cv49-MHT
                              )          (WO)
JOHN TYSON, etc.,             )
                              )
    Defendant.                 )
```

JUDGMENT

In accordance with the memorandum issued this date, it is ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (doc. no. is 51) is granted and that this cause is dismissed without prejudice.

It is further ORDERED that the parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 31st day of January, 2011.**

                                      <u>/s/ Myron H. Thompson</u>
                                  **UNITED STATES DISTRICT JUDGE**